UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Susan Wigenton |
| | | Crim. |
| v. | : | Mag. No. 10-0350 |
| Peter Dafferner | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (by David L. Foster, Assistant U.S.
Attorney), and defendant Peter Dafferner (by Michael Orozco,
Esq.), for an order granting a continuance of the proceedings in
the above-captioned matter for a period of 60 days to allow the
parties to conduct plea negotiations and attempt to finalize a
plea agreement, and no continuances having previously been
granted by the Court pursuant to Title 18, United States Code,
Section 3161(h)(7)(A), so that the parties could attempt to
resolve the matter and thereby avoid a possible trial, and the
defendant being aware that he has the right to have the matter
submitted to a grand jury within thirty days of the date of HIS
arrest pursuant to Title 18, United States Code, Section
3161(b), and the defendant having consented to the continuance and
waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should
be continued for the following reasons:

06/23/2010  09:18     0                                                          PAGE  03/03
06/22/2010 TUE 11:55  FAX                                                      @002/002
06/22/2010 16:30                                                               PAGE  03/03

(1)   Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this          day of June, 2010,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from          ; and it is further

ORDERED that the period from        through        shall be excludable in computing time under the Speedy Trial Act of 1974.

                                            _____
                                            HON. Susan Wigenton
                                            United States District Judge

Form and entry
consented to:

_____
David L. Foster
Assistant U.S. Attorney

_____
Michael Orozco, Esq.
Counsel for defendant Peter Dafferner