UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. **10-00350-001** (SDW) |
| v. ) | |
| PETER DAFFERNER, ) | |
| Defendant. ) | |

**THIS MATTER** having come before the Court on the application of defendant Peter Dafferner (by Stacy A. Biancamano, Esq., Arleo, Donohue & Biancamano, L.L.C.), for extension of his surrender date to March 19, 2012; and the United States (by David Leroy Foster, Assistant United States Attorney) consenting to the entry of the Order; and for good cause shown;

**IT IS** on this 17th day of January 2012;

**ORDERED** that defendant Peter Dafferner shall voluntarily surrender to on March 19, 2012 on or before NOON to a facility designated by the Bureau of Prisons.

_____
Honorable Susan D. Wigenton, U.S.D.J.